IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-494-GCM

| | |
|---|---|
| **RONNIE GARDIN,** ) | |
| **Plaintiff,** ) | |
| v. ) | **ORDER** |
| ) | |
| **HI-TEX, INC., a/k/a CRYPTON, INC.,** ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Patrice S. Arend,** filed September 9, 2014 [doc. # 4].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Ms. Arend is admitted to appear before this court *pro hac vice* on behalf of defendant, Hi-Tex, Inc. a/k/a Crypton, Inc..

**IT IS SO ORDERED.**

Signed: September 11, 2014

Graham C. Mullen
United States District Judge